IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MAURICE P SORELLE JR<br><br>                    Plaintiff<br><br>vs.<br><br>HOUSEHOLD FINANCE CORPORATION,<br>a Delaware Corporation<br><br>                    Defendant. | CASE NO. CIV 05-142-S-LMB<br><br>ORDER OF DISMISSAL<br>WITH PREJUDICE |

THIS COURT having reviewed the Stipulation of the Parties, and the record and file herein, hereby FINDS AND ORDERS as follows:

1. THE COURT FINDS that the Plaintiff Maurice P Sorelle Jr. has never had an account with the Defendant Household Finance Corporation (HFC) or its affiliates such as Beneficial Finance, including but not limited to an account identified as No.401700-5, and that any reference to such an account should be deleted by any Credit Reporting Agency or creditor.

2. AND THE COURT ORDERS that this matter is dismissed with prejudice with each party responsible for their own costs and attorneys fees.

DATED: **September 15, 2005**.

Honorable Larry M. Boyle
Chief U. S. Magistrate Judge

ORDER OF DISMISSAL - 1